IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDDIE BURCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 20-28-SPM |
| | ) |
| HALED SALEH, MARCIA TOLIVER, | ) |
| AND OFFICER BRANDON KITTLE, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION FOR DISMISSAL**

NOW Comes the Plaintiff, Eddie Burch, Pro Se, and come the Defendants, Haled Saleh, Marcia Toliver and Officer Brandon Kittle, by Bleyer and Bleyer, their attorneys, and stipulate and agree that the captioned cause, having been fully and completely settled by and between the parties, that the captioned suit may be dismissed, with prejudice, each party to pay own costs, and that an Order may be entered at any time hereafter dismissing, with prejudice, this cause.

DATED This ___ day of July, 2021.

_____
EDDIE BURCH

BLEYER and BLEYER

S/Joseph A. Bleyer
Attorney Registration No. 6193192
Attorneys for Defendants, Haled Saleh, Marcia
Toliver and Officer Brandon Kittle

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618)997-1331
Facsimile:   (618)997-6559
e-mail:      jableyer@bleyerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, I electronically filed a Stipulation for Dismissal with the Clerk of the Court suing the CM/ECF system which will send notification of such filing to the following:

    None

I hereby certify that on July 7, 2021, I mailed by United States Postal Service, the documents to the following nonregistered participants:

    Eddie Burch
    1801 East St. Louis Street
    West Frankfort, IL 62896

                               S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:  (618)997-1331
Facsimile:   (618)997-6559
e-mail:       jableyer@bleyerlaw.com